```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Jin Cheng Lin,

             Plaintiff,

  -v-

The City of New York,

             Defendants.
-------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**
08 Civ. 6373 (PAC) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____

____ Settlement:

____ Inquest After Default/damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Habeas Corpus

____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**
Particular Motion:_____

==========================================================================
* Do not check if already referred for general pretrial

Dated: New York, New York
       August 4, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Jin Cheng Lin
441-05-05628
GMDC
15-15 Hazen St.
East Elmhurst, NY 11370

1